IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

115-9-16294

| | |
|---|---|
| IN THE MATTER OF:<br><br>**EDWIN CARRASQUILLO DIAZ**<br>**LORENZA ELFRIDA CORA SANTIAGO**<br>Debtors<br><br>**ORIENTAL BANK**<br>Movant<br><br>Vs.<br><br>**EDWIN CARRASQUILLO DIAZ**<br>**LORENZA ELFRIDA CORA SANTIAGO**<br>Respondents/Debtors<br><br>**ALEJANDRO OLIVERAS RIVERA**<br>Trustee | CASE NO. **11-10699 MCF**<br><br>CHAPTER 13 |

# MOTION REQUESTING LIFTING OF AUTOMATIC STAY FOR CAUSE

TO THE HONORABLE COURT:

NOW COMES movant **ORIENTAL BANK (ORIENTAL)** as Successor of **BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO (BBVA)**, represented by its undersigned attorneys and respectfully STATES and PRAYS:

**I. Jurisdiction**

1. This motion is brought before this Honorable Court pursuant to Rules 4001(a) and 9014 of the Federal Rules of Bankruptcy Procedure and Section 362(d) of the Bankruptcy Code [11 USC §362(d)], for relief from the automatic stay and/or other relief.

Motion Req. Lifting of Aut. Stay for Cause
Case No. 11-10699 MCF

2. Mr. Alejandro Oliveras Rivera, Esq., is included in the instant matter in his official capacity as Chapter 13 Trustee.

## II. Factual Background

3. On December 16th, 2011, debtors filed the instant petition for relief. A plan dated January 16th, 2012, was confirmed on February 10th, 2012.

4. Pursuant to the terms of the confirmed plan, debtors would pay to the Trustee the sum of $200.00 for sixty (60) consecutive months for a total base of $12,000.00. From said proceeds the Trustee would disburse $2,931.00 for attorney's fees and pre-petition arrears owed to ORIENTAL on its secured claim. The plan further states that debtors shall keep current the monthly post-petition installment to ORIENTAL as they become due.

5. ORIENTAL is holder in due course of a duly recorded money purchase security agreement with security interest (contract number 9617580654) at the Motor Vehicles and Trailers Registry of the Department of Transportation and Public Works of the Commonwealth of Puerto Rico, which encumbers a 2009, Kia Sedona automobile, engine number KNDMB233X96269663, registered in the name of EDWIN CARRASQUILLO DIAZ.(See Exhibit "A").

6. As of September 12th, 2013, debtors have outstanding post-petition arrears in the total sum of **$2,516.29** including late payment charges owed to ORIENTAL on the contract above described.

2

```
Motion Req. Lifting of Aut. Stay for Cause
Case No. 11-10699 MCF
```

(See Statement of Account made by an authorized officer of ORIENTAL which is attached hereto and identified as "Exhibit B")

### III. Lifting of Automatic Stay

8. Section 362(d)(1) of the Bankruptcy Code [11 USC §362(d)(1)] states as follows:

> "(d) On request of a party in interest and after notice and a hearing, the court shall grant relief of the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay--
>
> (1) for cause, including the lack of adequate protection of an interest of such party in interest;"

### IV. DEFAULT WITH THE TERMS OF THE CONFIRMED PLAN

9. Debtor has failed to comply with the terms of the loan. They have also failed to comply with the terms of the confirmed plan. This constitutes a material default by the debtors with respect to the terms of the confirmed plan.

10. Debtors are not members of the U.S. Armed Forces, the Coast Guard, the Public Health Services or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy which is attached only to the original of this motion and movant's copy.

11. Taking into consideration what is above stated, it is appearing party's contention that sufficient cause exists to lift the automatic stay under Section 362(d), supra. Therefore, it is

3

Motion Req. Lifting of Aut. Stay for Cause
Case No. 11-10699 MCF

appearing party's contention that this Honorable Court should enter an Order lifting the automatic stay for cause in favor of ORIENTAL.

**WHEREFORE**, respectfully, it is requested from this Honorable Court to grant this Motion and to enter an Order lifting the automatic stay for cause in favor of appearing creditor herein and to further grant ORIENTAL $300.00 for attorney's fees.

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Attorney for Debtor(s), **ROBERTO FIGUEROA CARRASQUILLO, ESQ.** and to Chapter 13 Trustee, **ALEJANDRO OLIVERAS RIVERA, ESQ.**; and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 27 day October of, 2013.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel.(787)754-1313 Fax. 754-1354
e-mail: avazquez@enrassociates.com

115-9-16294/sfg

4

115-9-16294

## STATEMENT OF ACCOUNT

**Debtor/Petioner:**
EDWIN CARRASQUILLO DIAZ
LORENZA ELFRIDA CORA SANTIAGO

**Case Number:** 11-10699 MCF
**Chapter** 13

| ORIENTAL BANK (CREDITOR) | LOAN NUMBER(S): 9617580654 (AUTO) |
|---|---|

BBVA is holder in due course of a purchase money security agreement encumbering with a valid security interest a motor vehicle described as follows:

MAKE : KIA

MODEL: SEDONA

VIN : KNDMB233X96269663

YEAR : 2009

| AUTO LOAN- REGISTRATION NO. 3757127 | DATE DEBT WAS INCURRED: 10-02-10 |
|---|---|

AS OF: 09-12-13

PRINCIPAL         $ 12,301.51
INTERESTS         $     875.41
LATE CHARGES      $     587.14

NET IMPORT AJP'S  $_____

RETURNED PAYMENTS $_____

MONTHS OF ARREARS $ 2,516.29   POST-PETITION

MONTHLY PAYMENTS $    378.83

TOTAL             $ 13,764.06

The subscribing of ORIENTAL BANK declares under penalty of perjury that according to the information gathered by ORIENTAL BANK the foregoing is true and correct.

Signature : _____
Print Name: SYLVETTE VIZCARRONDO RODRIGUEZ

Date: 10-10-13

# BBVA

1738 Calle Amarillo
Río Piedras, PR 00928

**CONTRATO DE VENTA AL POR MENOR A PLAZOS**
**(ACUERDO DE GRAVAMEN MOBILIARIO)**

Vende y hace la siguiente divulgación requerida por Ley Federal y el (los)

**EL VENDEDOR:** Coamo Auto Sales Corp  Carr. 153 km 13.0 Barrio Ildefonso Coamo PR 00769
NOMBRE COMPLETO — Dirección Completa del Negocio — Zip Code

**COMPRADOR(ES):** EDWIN CARRASQUILLO DIAZ
NOMBRE COMPLETO

HC 65 BOX 4365 Patillas PR 00723
Dirección Residencial (donde se enviarán todas las Notificaciones) — Zip Code

Compra(n) y grava(n) la siguiente mercancía denominada "Vehículo" o "Propiedad"

NOMBRE COMPLETO
C-5 EXT VALLES DE ARROYO  Arroyo PR 00714
Dirección Residencial (donde se enviarán todas las Notificaciones) — Zip Code

| Año | Nuevo o Usado | Marca y Modelo | N.º Cilindros | Núm. de Identificación del Vehículo | Uso Principal |
|---|---|---|---|---|---|
| 2009 | USADO | Kia SEDONA LX | 6 | KNDMB233X96269663 | Personal ☐  Negocio ☐ |

- ☐ Transmisión Manual Opcional
- ☐ Radio
- ☐ Frenos de Fuerza (Power Brakes)
- ☐ Ventanas Eléctricas
- ☒ Aire Acondicionado
- ☒ Transmisión Automática
- ☐ Guía Eléctrica Hidráulica (Power Steering)
- ☐ Asientos Control Eléctrico
- ☐ Stereo
- ☒ Otro - Describa
- ☐ 2 Puertas
- ☒ 4 Puertas

### TERMINOS DEL CONTRATO

EL VENDEDOR tiene intención de ceder este contrato al BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"). Si este contrato es cedido al BBVA puede que sea considerado como un acreedor bajo este contrato para propósito del "Truth-in-Lending Act". En caso de que este contrato sea cedido el término "VENDEDOR" en lo sucesivo incluirá al Cesionario "BBVA" y cualquier cesionario de éste y así cedido, el Cesionario tendrá todos los derechos, poderes y prerrogativas del VENDEDOR bajo el mismo. Este contrato comprende el contrato entero entre las partes.

1. **PAGOS:** EL COMPRADOR se compromete a pagar al VENDEDOR o cesionario (el "Vendedor") todos los pagos establecidos en este contrato. Además:

   A. Por cada plazo que esté en morosidad por un período mayor de quince (15) días, el COMPRADOR pagará cinco porciento (5%) del plazo así vencido. Disponiéndose que toda cantidad de plazos impagada a la fecha de vencimiento continuará acumulando intereses hasta su pago total. EL COMPRADOR pagará al VENDEDOR inmediatamente toda cantidad de intereses así acumulada.
   
   B. En caso de que el Contrato sea referido a abogado para acción de reposesión de bienes muebles o para su cobro por vía judicial, el COMPRADOR pagará cincuenta dólares ($50.00) o el cinco porciento (5%) del balance de la deuda, lo que sea mayor, en concepto de honorarios de abogado. Si mediare una estipulación, el COMPRADOR pagará por dichos honorarios cincuenta dólares ($50.00) o el cinco porciento (5%) de las mensualidades vencidas y cobradas, lo que sea mayor.
   
   C. Por cada cheque recibido en pago de cualquier cantidad y que sea devuelto el Comprador pagará un cargo de $10.00.
   
   D. EL COMPRADOR pagará los derechos de constitución, cesión y cancelación del gravamen mobiliario objeto de este Contrato y derechos requeridos por las agencias gubernamentales correspondientes.
   
   E. Las costas y gastos incurridos de instarse una acción judicial en relación con este contrato, incluyendo, pero no limitado a, sellos de rentas internas, fianza judicial, costos de investigación y diligenciamiento, grúa, seguro, almacenamiento, posesión y conservación del Vehículo.
   
   F. EL COMPRADOR podrá hacer abonos a principal y saldos por adelantado. No se cobrarán intereses sobre la porción del principal pagado por adelantado.
   
   G. Todos los pagos requeridos por este contrato se harán y remitirán a la oficina principal del Departamento de Financiamiento de Automóviles de BBVA, localizada en la Calle Amarillo Núm. 1738, Río Piedras, Puerto Rico, 00926, o en cualquiera de sus sucursales localizadas en Puerto Rico.

2. EL COMPRADOR certifica que es mayor de edad y goza de la capacidad legal necesaria para otorgar este contrato.

3. **USO DE LA PROPIEDAD:** EL COMPRADOR mantendrá el Vehículo libre de toda clase de reclamaciones y gravámenes y no cederá ni transferirá su interés en este Contrato, o en el Vehículo, ni sus derechos asociados a Pólizas de Seguros o Contratos de Servicio bajo los cuales se incluya algún cargo en este contrato, incluyendo su derecho a Reembolsos de Primas o a Reembolsos de Honorarios y Pagos, ni traspasará la posesión del Vehículo, excepto con el consentimiento escrito del VENDEDOR o Cesionario. La venta, traspaso o cesión del interés del VENDEDOR en el Vehículo o la propiedad gravada  o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo. La venta, traspaso o cesión del interés del COMPRADOR en el Vehículo o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo, excepto si el VENDEDOR obtiene del VENDEDOR consentimiento escrito a la sustitución del deudor. La transferencia del Vehículo o de la propiedad algún gravada sin el previo consentimiento escrito del VENDEDOR no transferirá derecho alguno a favor del tercero. EL COMPRADOR se obliga a conservar el Vehículo en perfectas condiciones, con concepción del desgaste normal por uso y a cumplir con todas las leyes, reglamentos u órdenes de cuerpos gubernamentales aplicables. EL COMPRADOR pagará puntualmente todas las contribuciones, derechos de licencia, y cualquier otra obligación o penalidad impuesta por cualquier entidad gubernamental en relación con el Vehículo. EL COMPRADOR no usará el Vehículo ilegal ni impropiamente, no lo alquilará (a menos que así lo consigne en este contrato) y no lo removerá de la jurisdicción del Estado Libre Asociado de Puerto Rico. EL VENDEDOR podrá a su opción, pagar cualquier cantidad a los fines de obtener la liberación del Vehículo de cualquier obligación y cualquier cantidad que fuere pagada a esos efectos por el VENDEDOR será reembolsada al VENDEDOR por el COMPRADOR inmediatamente que fuese requerido para ello con intereses al tipo contractual legal más alto. No hay garantía implícita de comerciabilidad ("implied warranty of merchantability") ni garantía implícita de que el Vehículo sea propio para un propósito particular ("implied warranty of fitness for a particular purpose"), ninguna garantía expresa o implícita que se extienda más allá de la descripción del Vehículo en la faz de este contrato, excepto las requeridas por el Código Civil de Puerto Rico y el Reglamento de Garantías en la venta de vehículos de motor, promulgado por el Departamento de Asuntos del Consumidor del Estado Libre Asociado de Puerto Rico.

4. **INCUMPLIMIENTO:** El tiempo es un factor esencial en este contrato. EL VENDEDOR podrá acelerar el vencimiento de todo o parte del balance adeudado bajo este contrato y exigir el pago total de esa suma que será, al igual que todas las obligaciones del COMPRADOR bajo este contrato, líquida y exigible desde ese momento sin más notificación al COMPRADOR ni a ninguna persona, sin protesto, presentación, demanda ni aviso, a todas las cuales se renuncia, encualquiera de las siguientes circunstancias: (1) Cuando el COMPRADOR falte en el pago de tres plazos consecutivos; (2) cuando el COMPRADOR falte en el pago de uno o más plazos vencidos, si en dos o más ocasiones anteriores había dejado de pagar dos o más plazos consecutivos y en dichas ocasiones se había rehabilitado totalmente en el pago de los plazos vencidos; (3) cuando el COMPRADOR hubiere dejado de pagar uno o más plazos consecutivos, presente un pago parcial de la suma vencida y después de efectuar ese pago parcial continúe pagando los plazos futuros a su vencimiento, pero siga en mora con respecto al remanente de la suma vencida durante tres plazos consecutivos posteriores a la fecha en que efectuó el

**VEASE AL DORSO PARA EL RESTO DEL CONTRATO**

### DETALLES DEL BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA

| | | |
|---|---|---|
| 1 | PRECIO DE VENTA AL CONTADO | $19,995.00 |
|   | Precio de Venta Accesorios | |
|   | Otros | $0.00 |
| 2 | **PRONTO PAGO** | |
|   | Pronto Pago en efectivo | $2,500.00 (a) |
|   | Vehículo tomado a cuenta (Trade-In) | |
|   | Descripción Marca-Año-Modelo | |
|   | Valor bruto acordado del vehículo $ | $0.00 |
|   | Menos la cantidad adeudada de $ | $0.00 |
|   | Valor Neto acordado del | |
|   | Vehículo tomado en cuenta $ | $0.00 (b) |
|   | Bono (Rebate) $ | $0.00 (c) |
|   | **PRONTO PAGO TOTAL** (suma partidas a, b y c) | $2,500.00 |
| 3 | BALANCE ADEUDADO DEL PRECIO DE CONTADO | $17,395.00 |
| 4 | **CANTIDADES PAGADAS A OTROS POR CUENTA SUYA** | |
|   | Licencia Seguro Obligatorio y ACAA | $0.00 (d) |
|   | Título / Traspaso | $20.00 (d) |
|   | Declaración de Financiamiento, Cesión o Traspaso de Gravamen mobiliario Terminación (Ley 28 del 17 de agosto de 1995) | $410.00 (e) |
|   | Inscripción / Sellos | $100.00 (f) |
|   | CARGOS POR DERECHOS (sumas partidas d, e, f y g) Total | $530.00 |
| 5 | SEGUROS / CONTRATOS DE SERVICIOS (Véase divulgaciones adicional anejada) | $1,806.00 |
| 6 | BALANCE PRINCIPAL Y CANTIDAD FINANCIADA (suma de partidas 3, 4 y 5) | $19,731.00 |

DIVULGACION REQUERIDA POR LEY FEDERAL CONOCIDA COMO "TRUTH IN LENDING ACT" Y EL "REGLAMENTO Z"

[illegible disclosure block]

**PROGRAMA DE PAGOS**

[illegible payment schedule block]

AVISO AL COMPRADOR: NO FIRME ESTE CONTRATO SIN LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE DERECHO A UNA COPIA DE ESTE CONTRATO. BAJO LA LEY ACTUAL, USTED TIENE DERECHO A SALDAR POR ANTICIPADO EL BALANCE ADEUDADO BAJO EL CONTRATO. EN ESTOS CASOS SE CANCELARA EL PRINCIPAL ADEUDADO A LA FECHA DE PAGO MAS CUALQUIER BALANCE PARA CUBRIR CARGOS O INTERESES DEVENGADOS A ESA FECHA.

CERTIFICO HABER RECIBIDO COPIA LLENA DE ESTE CONTRATO DE VENTA AL POR MENOR A PLAZOS Y QUE HE LEIDO AMBOS LADOS DE ESTE DOCUMENTO Y SUS ANEJOS.

AVISO AL DEUDOR: USTED ESTA ADVERTIDO QUE EL ACREEDOR GARANTIZADO/ VENDEDOR TENDRA DERECHO A LA POSESION DE LA PROPIEDAD GRAVADA LUEGO DE UN EVENTO DE INCUMPLIMIENTO, SIN INCOAR PROCEDIMIENTO JUDICIAL.

**CONTRATO DE VENTA AL POR MENOR A PLAZOS**

Suscrito hoy 02 de October  2011

en Coamo                     Puerto Rico

X _____ [signature]
Firma del Comprador(es)

X _____ [signature]
Firma del Vendedor

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

142AUTO472(Rev.10-04)           AN ENGLISH TRANSLATION OF THE CONTRACT IS AVAILABLE AT YOUR REQUEST.

PRIMER ORIGINAL



Department of Defense Manpower Data Center

Results as of : Jun-13-2013 08:39:27

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: <u>CARRASQUILLO DIAZ</u>
First Name: <u>EDWIN</u>
Middle Name:
Active Duty Status As Of: <u>Jun-13-2013</u>

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: W328VEF2200A700

Department of Defense Manpower Data Center

Results as of : Jun-13-2013 08:40:15

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: CORA SANTIAGO
First Name: LORENZA
Middle Name: ELFRIDA
Active Duty Status As Of: Jun-13-2013

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the Individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: X3NCLEC2E00AE40