IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

IN RE:

**EDWIN CARRASQUILLO DIAZ**
**LORENZA ELFRIDA CORA SANTIAGO**
**aka LORENZA E CORA SANTIAGO**

xxx–xx–7775
xxx–xx–2183

Debtor(s)

Case No. **11–10699 MCF**

Chapter **13**

FILED & ENTERED ON 9/2/16

*ORDER*

Upon debtor(s) failure to comply with the Court's Order on 7/13/16 (docket entry #91), the post confirmation modification of plan dated 6/30/16 (docket #91, 93, 94) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, September 2, 2016 .

*(signature)*
Mildred Caban Flores
United States Bankruptcy Judge