UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN CARRASQUILLO DIAZ
LORENZA ELFRIDA CORA SANTIAGO

DEBTORS

CASE NO 11-10699 MCF

CHAPTER 13

**DEBTORS' MOTION REQUESTING WAIVER OF FINANCIAL MANAGEMENT
COURSE REQUIREMENT FRBP 1007 (b)(7)**

TO THE HONORABLE COURT:

NOW COME, **EDWIN CARRASQUILLO DIAZ, R.I.P., and LORENZA ELFRIDA CORA SANTIAGO,** the Debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The present Chapter 13 case was filed on December 16, 2011, 11 U.S.C. §§1301 *et seq.*

2. On April 26, 2017, the *Joint Debtor* Lorenza Elfrida Cora Santiago filed an informative motion to inform that *Debtor* Edwin Carrasquilllo Diaz, passed away, Docket No. 80.

3. The *Debtor* Edwin Carrasquillo Diaz had not taken the post-petition credit counseling which is a requirement under 11 U.S.C. Section 1328(g)(1) and Rule 1007 (b)(7) of the Federal Rules of Bankruptcy Procedure.

4. Pursuant to 11 U.S.C. Section 109(h)(4) a request is hereby made to this Honorable Court to relieve the *Debtor* Edwin Carrasquillo Diaz from such requirement for reason of "disability", based on the death of the debtor. Rule 1016 of the Federal Rules of Bankruptcy Procedure.

5. In the case of *In re Henderson*, (2008 Bankr Court WD Tex) 2008 Bankr LEXIS 1490, the Estate of Chapter 7 debtor who died before he could satisfy post-petition counseling requirement won a waiver of that requirement based on a determination that said circumstances came within scope of the language in 11 U.S.C. Section 109(h)(4), relieving debtor from such requirement by reason of disability. *In re Henderson*, (2008 Bankr Court WD Tex) 2008 Bankr LEXIS 1490.

6. In the present case, the Debtor's illness and subsequent death, resulted in a "disability" whereby the Debtor could not satisfy the post-petition Financial Management Course requirement pursuant to Rule 1007(b)(7).

7. That the *Joint Debtor* Lorenza Elfrida Cora Santiago did take the Financial Management Instructional Course, having filed a certificate to that effect on August 25, 2017, Docket No. 130.

8. Therefore, a request is hereby submitted for a determination by the Court that such circumstances warrant a waiver of such requirement by reason of disability, in the above captioned Chapter 13 case. 11 U.S.C. 109(h)(4).

**WHEREFORE**, the *Joint Debtor* respectfully requests this Honorable Court order the entry of an Order waiving the post-petition credit counseling requirement or the *Financial Management Course* as to the *Debtor* Edwin Carrasquillo Diaz, by reason of disability, pursuant to 11 U.S.C. §109(h)(4).

## NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

**Within fourteen (14) days after service as evidenced by the certification, any party against whom this motion requesting a waiver of the post-petition credit counseling requirement has been served, must file an objection or other appropriate response thereto with the Clerk's Office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the motion will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to: the US Trustee's Office; to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; and to all CM/ECF participants; I also certify that a copy of this motion was sent via regular US Mail to the *Joint Debtor* Lorenza Elfrida Cora Santiago, HC 65 Box 4365 Patillas PR 00723; and to all creditors and parties in interest (CM/ECF non-participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 25th day of August, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing            BANCO BILBAO VIZCAYA ARGENTARIA PR        Banco Popular De Puerto Rico Mortgage Divisi
0104-3                                     PO BOX 364745                             P.O. Box 363507
Case 11-10699-MCF13                        SAN JUAN, PR 00936-4745                   San Juan, PR 00936-3507
District of Puerto Rico
Old San Juan
Fri Aug 25 11:36:55 AST 2017

Banco Popular de Puerto Rico              DORAL BANK                                 (p)JEFFERSON CAPITAL SYSTEMS LLC
MORTGAGE SERVICING DEPARTMENT (762)       PO BOX 70308                               PO BOX 7999
PO BOX 362708                             SAN JUAN, PR 00936-8308                    SAINT CLOUD MN 56302-7999
SAN JUAN, PR 00936-2708

MAUNA COOP                                MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE L   MIDLAND FUNDING LLC/RECOSER LLC
PO BOX 127                                ATTN DEPARTMENT 1                          25 SE 2ND AVE STE 1120
MAUNABO, PR 00707-0127                    PO BOX 4457                                MIAMI, FL 33131-1605
                                          HOUSTON, TX 77210-4457

(p)ORIENTAL BANK AND TRUST                US Bankruptcy Court District of P.R.       ASOCIACION EMPLEADOS DE GOBIERNO DE PR
PO BOX 195115                             Jose V Toledo Fed Bldg & US Courthouse     PO BOX 364508
SAN JUAN PR 00919-5115                    300 Recinto Sur Street, Room 109           SAN JUAN, PR 00936-4508
                                          San Juan, PR 00901-1964

BANCO BILBAO VIZCAYA ARGENTARIA           BANCO BILBAO VIZCAYA ARGENTARIA PR         BANCO POPULAR DE PR
PO BOX 364745                             ANGEL M. VAZQUEZ BAUZA                     PO BOX 364445
SAN JUAN, PR 00936-4745                   PO BOX 191017                              SAN JUAN, PR 00936-4445
                                          SAN JUAN PR 00919-1017

BANCO POPULAR DE PUERTO RICO              Banco Popular de Puerto Rico-Mortgage      CLARO
BANKRUPTCY DEPARTMENT                     Mortgage Servicing Department (762)        PO BOX 70366
PO BOX 366818                             P.O. Box 362708, San Juan PR 00936         SAN JUAN, PR 00936-8366
SAN JUAN PR 00936-6818

COOP A/C MAUNABO                          DEPARTMENT OF EDUCATION                    DORAL BANK
PO BOX 127                                PO BOX 4169                                C/O REBECA CAQUIAS, ESQ.
MAUNABO, PR 00707-0127                    GREENVILLE, TX 75403-4169                  PO BOX 363507
                                                                                     SAN JUAN, PR 00936-3507

DORAL FINANCIAL                           DPTO DE TRANSPORTACION Y OBRAS PUBLICAS    GE Capital Retail Bank
1451 FD ROOSEVELT AVE                     BOX 41269                                  c/o Recovery Management Systems Corp
SAN JUAN, PR 00920-2717                   SAN JUAN, PR 00940-1269                    25 SE 2nd Ave Suite 1120
                                                                                     Miami FL 33131-1605

ISLAND FINANCE                            JC PENNEY                                  MAUNA-COOP
PO BOX 195369                             PO BOX 364788                              JUAN A SANTOS BERRIOS ESQ
SAN JUAN, PR 00919-5369                   SAN JUAN, PR 00936-4788                    PO BOX 9102
                                                                                     HUMACAO PUERTO RICO 00792-9102

Midland Funding LLC                       Portfolio Investments II LLC               Recovery Management Systems Corporation
by American InfoSource LP as agent        c/o Recovery Management Systems Corporat   25 S.E. 2nd Avenue, Suite 1120
PO Box 4457                               25 SE 2nd Avenue Suite 1120                Miami, FL 33131-1605
Houston, TX 77210-4457                    Miami, FL 33131-1605
```

| | | |
|---|---|---|
| SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA  18773-9500 | SALLIE MAE INC. ON BEHALF OF USA FUNDS<br>ATTN: BANKRUPTCY LITIGATION UNIT E3149<br>P.O. BOX 9430<br>WILKES-BARRE, PA 18773-9430 | SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 |
| Sallie Mae Inc, on behalf of the<br>Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | WALMART<br>PO BOX 530927<br>ATLANTA, GA  30353-0927 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX  9024062<br>SAN JUAN, PR 00902-4062 |
| EDWIN CARRASQUILLO DIAZ<br>HC 65 BOX 4365<br>PATILLAS, PR 00723-9320 | LORENZA ELFRIDA CORA SANTIAGO<br>HC 65 BOX 4365<br>PATILLAS, PR 00723-9320 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET   SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | ORIENTAL BANK<br>ENRIQUE NASSAR RIZEK & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN, PR 00919 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302 |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39